**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                            (State)

Case number (*if known*): _____ Chapter _____

❏ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    _____

2. **All other names debtor used**      _____
   **in the last 8 years**              _____

   Include any assumed names,           _____
   trade names, and *doing business*    _____
   *as* names                           _____

3. **Debtor's federal Employer**        __ __ – __ __ __ __ __ __ __
   **Identification Number** (EIN)

4. **Debtor's address**    **Principal place of business**         **Mailing address, if different from principal place of business**

                           _____         _____
                           Number      Street                       Number      Street

                           _____         _____
                                                                    P.O. Box

                           _____         _____
                           City          State    ZIP Code         City          State    ZIP Code

                                                                    **Location of principal assets, if different from principal place of business**

                           _____         _____
                           County                                   Number      Street

                                                                    _____

                                                                    _____
                                                                    City          State    ZIP Code

5. **Debtor's website** (URL)          _____

Debtor _____    Case number *(if known)*_____
          Name

**6.  Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____     Case number *(if known)* _____
         Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

❑ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY

        District _____  When _____  Case number _____
                                 MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                         MM / DD / YYYY

        Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ❑ It needs to be physically secured or protected from the weather.

    ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❑ Other _____

    **Where is the property?** _____
                     Number      Street

                     _____

                     _____      _____
                     City                         State ZIP Code

    **Is the property insured?**

    ❑ No

    ❑ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

### ■ Statistical and administrative information

---

Debtor    **1629 Reeves, LLC, a Michigan Limited Liability C**    Case number *(if known)*_____
_____
Name

| 13. **Debtor's estimation of available funds** | *Check one:* |
|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. **Estimated number of creditors** | | | |
|---|---|---|---|
| | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/28/2024
MM / DD / YYYY

X_____    Aaron R. Sokol
Signature of authorized representative of debtor    Printed name

Title    Managing Member
_____

Debtor _____     Case number (*if known*)_____
      Name

---

**18. Signature of attorney**       ✖ _____     Date  _____

       Signature of attorney for debtor                     MM  / DD  / YYYY

       _____
       Printed name

       _____
       Firm name

       _____
       Number        Street

       _____    _____  _____
       City                                                     State         ZIP Code

       _____      _____
       Contact phone                                     Email address

       _____      _____
       Bar number                                         State

**1629 REEVES, LLC**
**FINANCIAL STATEMENTS**
**YEAR ENDED DECEMBER 31, 2023**

## BALANCE SHEET
### ASSETS

| | |
|---|---:|
| Fixed assets | 1,510,000 |
| Total assets | 1,510,000 |

### LIABILITIES AND EQUITY

| | |
|---|---:|
| Mortgages payable | 4,575,000 |
| Member's equity | (3,065,000) |
| Total liability and equity | 1,510,000 |

## INCOME STATEMENT

| | | |
|---|---:|---:|
| Revenue | | 212,750 |
| Expenses | | |
|    Interest expense | 74,868 | |
|    Landscaping | 990 | |
|    Repairs | 1,100 | |
|    Utilities | 2,291 | |
| | | 79,249 |
| Net income | | 133,501 |

## STATEMENT OF CASH FLOWS

| | |
|---|---:|
| Cash flows from operating activities | |
|    Net income | 133,501 |
|      Net cash provided by operatng activities | 133,501 |
| | |
| Cash flows from financing activities | |
|    Net payments on mortgages payable | (100) |
|    Distributions to member | (133,401) |
|      Net cash used in financing activities | (133,501) |
| | |
| Net change in cash and cash equivalents | - |
| Cash balance, beginning of year | - |
| Cash balance, end of year | - |

022
Date Accepted _____

| TAXABLE YEAR | California e-file Return Authorization for | FORM |
|---|---|---|
| **2023** | **Limited Liability Companies** | **8453-LLC** |

| Limited liability company name | California Secretary of State (SOS) file number or FEIN |
|---|---|
| 162 REEVES, LLC | 87-1142332 |

| **Part I** | **Tax Return Information** (whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 568, Schedule B, line 12 or Form 568, line 1 for Single Member LLCs) | 1 | 227,500 |
| 2 | Ordinary income (Form 568, Schedule B, line 23 or Form 568, line 1 for Single Member LLCs) | 2 | 227,500 |
| 3 | Tax and fee due (Form 568, line 16) | 3 | |
| 4 | Overpayment (Form 568, line 17) | 4 | |
| 5 | Total amount due (Form 568, line 21) | 5 | |

**Part II    Settle Your Account Electronically for Taxable Year 2023**

6 ☐ Electronic funds withdrawal

| **6a** Tax due amount | **6b** Withdrawal date (mm/dd/yyyy) |
|---|---|
| **6c** PTE amount due | **6d** Withdrawal date (mm/dd/yyyy) |

**Part III    Make Annual Tax or Estimated Fee Payment for Taxable Year 2024**   This is **not** an installment payment for the current amount the LLC owes.

| | Annual Tax Payment | Estimated Fee Payment |
|---|---|---|
| **7** Amount | | |
| **8** Withdrawal date (mm/dd/yyyy) | | |

**Part IV    Pass-Through Entity (PTE) Elective Tax Payment for Taxable Year 2024**

| | First Payment |
|---|---|
| **9** Amount | |
| **10** Withdrawal date (mm/dd/yyyy) | |

**Part V    Banking Information** (Have you verified the LLC's banking information?)

11 Routing number _____

12 Account number _____     13 Type of account: ☐ Checking   ☐ Savings

**Part VI    Declaration of Authorized Member or Manager**

I authorize the limited liability company account to be settled as designated in Parts II, III, IV, and V. If I check box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a, line 6c, any 2024 annual tax or estimated fee payment amounts listed on Part III, line 7, and on Part IV, line 9 from the bank account specified in Part V.

Under penalties of perjury, I declare that I am an authorized member or manager of the above limited liability company and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the limited liability company's 2023 California income tax return. To the best of my knowledge and belief, the limited liability company's return is true, correct, and complete. If the limited liability company is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the limited liability company's tax liability, the limited liability company will remain liable for the tax liability and all applicable interest and penalties. I authorize the limited liability company return and accompanying schedules and statements to be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. **If the processing of the limited liability company's return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

**Sign
Here**     ▶ _____ | _____    ▶ MEMBER _____

    Signature of authorized member or manager    Date      Title

022

**Part VII  Declaration of Electronic Return Originator (ERO) and Paid Preparer.** See instructions.

I declare that I have reviewed the above limited liability company's return and that the entries on form FTB 8453-LLC are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the limited liability company's return. I declare, however, that form FTB 8453-LLC accurately reflects the data on the return.) I have obtained the signature from the limited liability company authorized member or manager on form FTB 8453-LLC before transmitting this return to the FTB; I have provided the limited liability company authorized member or manager with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2023 Handbook for Authorized e-file Providers. I will keep form FTB 8453-LLC on file for **four** years from the due date of the return or **four** years from the date the limited liability company return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ | Date | Check if also paid preparer [X] | Check if self-employed ☐ | ERO's PTIN  P01471194 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | ZWICK CPA, PLLC  20750 CIVIC CENTER DRIVE, SUITE 418  SOUTHFIELD, MI | | Firm's FEIN 38-3187343  ZIP code 48076 | |

Under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid preparer's PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | | Firm's FEIN  ZIP code | |

# 2024 TAX RETURN FILING INSTRUCTIONS

CALIFORNIA FORM 3522

**FOR THE YEAR ENDING**
DECEMBER 31, 2024

| | |
|---|---|
| **Prepared for** | 162 REEVES, LLC<br>1629 REEVES<br>LOS ANGELES, CA  90035 |
| **Prepared by** | ZWICK CPA, PLLC<br>20750 CIVIC CENTER DRIVE, SUITE 418<br>SOUTHFIELD, MI 48076 |
| **Amount due or refund** | BALANCE DUE            $800.00 |
| **Make check payable to** | FRANCHISE TAX BOARD |
| **Mail tax return and check (if applicable) to** | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA  94257-0531 |
| **Return must be mailed on or before** | APRIL 15, 2024 |
| **Special Instructions** | |

300501  04-01-23



**Voucher at bottom of page**

| If amount of payment is zero, do no mail this voucher. |
|---|

**When to pay:**
**Fiscal Year - File and Pay by the 15th day of the 4th month after the beginning of the taxable year.**
**Calendar Year - File and Pay by April 15, 2024.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

**Pay online:** Go Green! Enjoy the ease and secure options for online payments.



- **Web pay for businesses** LLCs can make an immediate payment or schedule payments for up to a year in advance.
- **Credit Card** (service fee)

Go to **ftb.ca.gov/pay** for more information. Do not mail this form if you pay online.

**Where to pay:** Using black or blue ink, make a check or money order payable to the "Franchise Tax Board." Write the California SOS file number, FEIN, and "2024 FTB 3522" on the check or money order. Detach the payment voucher from the bottom of the page. Enclose, but **do not** staple, your payment with the voucher and mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

329921  11-21-23

_ _ _ DETACH HERE _ _ _ _ _ _ _ _ _ _ _ _ _ IF NO PAYMENT IS DUE, DO NOT MAIL THIS VOUCHER _ _ _ _ _ _ _ _ _ _ _ _ DETACH HERE _ _ _

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2024** | **LLC Tax Voucher** | **3522** |

```
202123910021  162R  87-1142332                    24        FORM    0
TYB  01-01-2024    TYE  12-31-2024
162 REEVES LLC

1629 REEVES
LOS ANGELES        CA  90035
```

Amount of Payment        800.

022        6111246                    FTB 3522 2023

# 2023 TAX RETURN FILING INSTRUCTIONS

### CALIFORNIA FORM 568

### FOR THE YEAR ENDING

### DECEMBER 31, 2023

| | |
|---|---|
| **Prepared for** | 162 REEVES, LLC<br>1629 REEVES<br>LOS ANGELES, CA  90035 |
| **Prepared by** | ZWICK CPA, PLLC<br>20750 CIVIC CENTER DRIVE, SUITE 418<br>SOUTHFIELD, MI 48076 |
| **To be signed and dated by** | A MEMBER OF THE LLC |
| **Amount of tax** | Total tax $  800.00<br>Less: payments and credits $  800.00<br>Plus: other amount $  0.00<br>Plus: interest and penalties $  0.00<br>NO PMT REQUIRED $ |
| **Overpayment** | Credited to your estimated tax $  0.00<br>Other amount $  0.00<br>Refunded to you $  0.00 |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS QUALIFIED FOR ELECTRONIC FILING.  AFTER YOU HAVE REVIEWED YOUR RETURN FOR COMPLETENESS AND ACCURACY, PLEASE SIGN, DATE AND RETURN FORM 8453-LLC TO OUR OFFICE.  WE WILL THEN TRANSMIT YOUR RETURN ELECTRONICALLY TO THE FTB. |
| **Forms to be distributed to partners** | NONE |
| **Return must be mailed on or before** | RETURN FORM 8453-LLC TO US BY APRIL 15, 2024. |
| **Special Instructions** | DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE FTB. |

310142  04-01-23

| TAXABLE YEAR | **Limited Liability Company** | 329851 01-19-24 |
|---|---|---|
| **2023** | **Return of Income** | CALIFORNIA FORM **568** |

```
202123910021  162R  87-1142332              23
TYB  01-01-2023  TYE  12-31-2023
162 REEVES LLC

1629 REEVES
LOS ANGELES      CA  90035


ACCTMETHOD 1  06-10-2021  ASSETS            0.
INITIAL 0  FINAL 0  AMENDED 0  PROTECTIVE 0
```

I  **(1)** During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another legal entity? If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** ...................................................................................................... ● ☐ Yes ☒ No

**(2)** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this LLC or any legal entity in which the partnership holds a controlling or majority interest? If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** ● ☐ Yes ☒ No

**(3)** Has California real property (i.e., land, buildings) transferred to the LLC that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2)? If yes, during this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or more transactions and it was not reported on a previous year's tax return? **If yes to both questions, answer yes.** ...................................................... ● ☐ Yes ☒ No

**(Yes requires filing of BOE-100-B statement, penalties may apply - see instructions.)**

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine line 1.

| | | | Whole dollars only |
|---|---|---|---|
| **1** | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions .......... ● | **1** | 227,500 00 |
| **2** | Limited Liability Company fee. See instructions ...................................................................... ● | **2** | 0 00 |
| **3** | 2023 annual Limited Liability Company tax. See instructions ................................................... ● | **3** | 800 00 |
| **4** | Pass-through entity elective tax. See instructions .................................................................. ● | **4** | 00 |
| **5** | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) ............................... ● | **5** | 00 |
| **6** | Partnership level tax. If IRS concluded a centralized audit for this year, see instructions. If not, leave blank. ...... ● | **6** | 00 |
| **7** | **Total tax and fee.** Add line 2, line 3, line 4, line 5, and line 6 ............................................... ● | **7** | 800 00 |
| **8** | Amount paid with form FTB 3537 and 2023 form FTB 3522 and form FTB 3536   STMT 1 ............... ● | **8** | 800 00 |
| **9** | Amounts paid for pass-through entity elective tax ................................................................. ● | **9** | 00 |
| **10** | Overpayment from prior year allowed as a credit .................................................................. ● | **10** | 00 |
| **11** | Withholding (Form 592-B and/or 593) ................................................................................. ● | **11** | 00 |
| **12** | **Total payments.** Add line 8, line 9, line 10 and line 11 ......................................................... ● | **12** | 800 00 |
| **13** | **Use tax.** This is not a total line. See instructions ............................................................... ● | **13** | 00 |
| **14** | Payments balance. If line 12 is more than line 13, subtract line 13 from line 12 .......................... ● | **14** | 800 00 |
| **15** | **Use tax balance.** If line 13 is more than line 12, subtract line 12 from line 13 ........................... ● | **15** | 00 |
| **16** | **Tax and fee due.** If line 7 is more than line 14, subtract line 14 from line 7 .............................. ● | **16** | 00 |
| **17** | **Overpayment.** If line 14 is more than line 7, subtract line 7 from line 14 ................................. ● | **17** | 00 |

*Enclose, but do not staple, any payment.*

329861 01-19-24

| | | Whole dollars only | |
|---|---|---|---|
| **18** Amount of line 17 to be credited to 2024 tax or fee .......................................... • | **18** | | 00 |
| **19 Refund.** If the total of line 18 is less than line 17, subtract the total from line 17 ............... • **19** | | | .00 |
| **20** Penalties and interest. See instructions ..................................................... • | **20** | 0 | 00 |
| **21 Total amount due.** Add line 15, line 16, line 18, and line 20, then subtract line 17 from the result ... • **21** | | 0 | .00 |

**J** Principal business activity code (**Do not** leave blank) ..................................................... • 531390

Business activity REAL ESTATE _____    Product or service REAL ESTATE _____

**K** Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a
California Schedule K-1 (568) for each of these members ............................................................... •    1

**L** Is this LLC an investment partnership? See General Information O ....................... • ☐ Yes ☒ No

**M** **(1)** Is this LLC apportioning or allocating income to California using Schedule R? ............ • ☐ Yes ☒ No

  **(2)** If "No," was this LLC registered in California without earning any income sourced in this state during the taxable year? ........ ◉ ☐ Yes ☐ No

**N** Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? ... • ☐ Yes ☒ No

**P** **(1)** Does the LLC have any foreign (non-U.S.) nonresident members? ....................... • ☐ Yes ☒ No

  **(2)** Does the LLC have any domestic (non-foreign) nonresident members? ................... • ☐ Yes ☒ No

  **(3)** Were Form 592, Form 592-A, Form 592-B, Form 592-F, and Form 592-PTE filed for these members? ... • ☐ Yes ☒ No

**Q** Are any members in this LLC also LLCs or partnerships? ................................... • ☐ Yes ☒ No

**R** Is this LLC under audit by the IRS or has it been audited in a prior year? ................. • ☐ Yes ☒ No

**S** Is this LLC a member or partner in another multiple member LLC or partnership? ........... • ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part I.

**T** Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? ............ ◉ ☐ Yes ☒ No

**U** **(1)** Is this LLC a business entity disregarded for tax purposes? ............................ • ☒ Yes ☐ No

  **(2)** If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable. Are
there credits or credit carryovers attributable to the disregarded entity? ..................... • ☐ Yes ☒ No

  **(3)** If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less
than the LLC's total income from all sources? ................................................... ☐ Yes ☒ No

**V** Has the LLC included a Reportable Transaction, or Listed Transaction within this return? ... • ☐ Yes ☒ No
(See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction

**W** Did this LLC file the Federal Schedule M-3 (federal Form 1065)? ........................... • ☐ Yes ☒ No

**X** Is this LLC a direct owner of an entity that filed a federal Schedule M-3? ................. • ☐ Yes ☒ No

**Y** Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? ........... • ☐ Yes ☒ No
If "Yes," attach schedule of trusts and federal identification numbers.

**Z** Does this LLC own an interest in a business entity disregarded for tax purposes? ......... ◉ ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part II.

**AA** Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? ......... • ☐ Yes ☒ No

**BB** Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4))
to any other member? ...................................................................... • ☐ Yes ☒ No

*(continued on Side 3)*

329871 01-19-24

*(continued from Side 2)*

**CC** **(1)** Is the LLC deferring any income from the disposition of assets? (see instructions) ............................ • ☐ Yes ☒ No

**(2)** If "Yes," enter the year of asset disposition ........................................ • ☐

**DD** Is the LLC reporting previously deferred Income from:

(see instructions) ............................ • ☐ Installment Sale  • ☐ IRC §1031  • ☐ IRC §1033  • ☐ Other

**EE** "Doing business as" name. See instructions: • _____

**FF** **(1)** Has this LLC operated as another entity type such as a Corporation, S Corporation, General Partnership,

Limited Partnership, or Sole Proprietorship in the previous five (5) years? ........................ • ☐ Yes ☒ No

**(2)** If "Yes", provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns

filed with the FTB and/or IRS (see instructions):

**GG** **(1)** Has this LLC previously operated outside California? ........................ • ☐ Yes ☒ No

**(2)** Is this the first year of doing business in California? ........................ • ☐ Yes ☒ No

**HH** Is the LLC a section 721(c) partnership, as defined in Treasury Regulations Section 1.721(c)-1T(b)(14)? ☐ Yes ☒ No

**II** At any time during the tax year, were there any transfers between the LLC and its members subject to the

disclosure requirements of Regulations section 1.707-8? ☐ Yes ☒ No

**JJ** Check if the LLC: **(1)** ☐ Aggregated activities for IRC Section 465 at-risk purposes

**(2)** ☐ Grouped activities for IRC Section 469 passive activity purposes

**KK** **(1)** Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? • ☐ Yes ☒ No

**(2)** If "Yes," when was the last report filed? (mm/dd/yyyy) • _____  **(3)** Amount last remitted ■ $ _____

| **Single Member LLC Information and Consent** - Complete only if the LLC is disregarded. | • Federal TIN/ SSN 550455357 |
|---|---|
| Sole Owner's name (as shown on owner's return) ◉ **AARON R SOKOL** | FEIN/CA Corp no./CA SOS File no. |
| **1629 REEVES** Street Address, City, State, and ZIP Code   **LOS ANGELES, CA 90028** | |

• What type of entity is the ultimate owner of this SMLLC? Check only one box:

☒ **(1)** Individual      ☐ **(2)** C Corporation      ☐ **(3)** Pass-Through (S corporation, partnership, LLC classified as a partnership)

☐ **(4)** Estate/Trust      ☐ **(5)** Exempt Organization

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and

agree to file returns and pay tax as may be required by the Franchise Tax Board.

Signature ▶ _____   Date **04/01/24**

| **Sign Here** | Our privacy notice can be found in annual tax booklets or online. Go to ftb.ca.gov/privacy to learn about our privacy policy statement, or go to ftb.ca.gov/forms and search for 1131 to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection. To request this notice by mail, call 800.338.0505 and enter form code 948 when instructed. <br> Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Signature of authorized member or manager | Date | |
| | Authorized member or manager's email address (optional) | | Telephone |

| **Paid Preparer's Use Only** | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | PTIN • P01471194 |
|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) and address ▶ **ZWICK CPA, PLLC** <br> **20750 CIVIC CENTER DRIVE, SUITE 418** <br> **SOUTHFIELD, MI 48076** | | | Firm's FEIN • 38-3187343 <br> Telephone • 248-356-2330 |
| | May the FTB discuss this return with the preparer shown above (see instructions)? ............................ | | • ☒ Yes  ☐ No | |

329884 01-19-24

**Schedule IW**    **Limited Liability Company (LLC) Income Worksheet**

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California when completing lines 1-17 of this worksheet.** If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040), or additional schedules associated with other activities. **Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.**
**See instructions on page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.**

| | | | | |
|---|---|---|---|---|
| 1 | a | Total California income from Form 568, Schedule B, line 3. See instructions | 1a | |
| | b | Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (Form 1040) (plus California adjustments) associated with the receipts assigned to California on lines 1a and 4 | 1b | |
| 2 | a | If the answer to Question U(1) on Form 568 Side 2, is "Yes", include the gross income of this disregarded entity that is not included in lines 1 and 8 through 16 | 2a | |
| | b | Enter the cost of goods sold of disregarded entities associated with the receipts assigned to California on line 2a | 2b | |
| 3 | a | LLC's distributive share of ordinary income from pass-through entities | 3a | |
| | b | Enter the LLC's distributive share of cost of goods sold from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1a) | 3b | |
| | c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b) | 3c | |
| 4 | | Add gross farm income from federal Schedule F (Form 1040). Use California amounts | 4 | |
| 5 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 5 | |
| 6 | | Enter the total gains (not losses) from Form 568, Schedule B, line 8 | 6 | |
| **7** | | **Add line 1a through line 6** | 7 | |
| **8** | | **California rental real estate** | | |
| | a | Enter the total gross rents from federal Form 8825, line 18a | 8a | 227,500 |
| | b | Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 | 8b | |
| | c | Add line 8a and line 8b | 8c | 227,500 |
| **9** | | **Other California rentals.** | | |
| | a | Enter the amount from Schedule K (568), line 3a | 9a | |
| | b | Enter the amount from all Schedule K-1s (565), Table 3, line 3 | 9b | |
| | c | Add lines 9a and 9b | 9c | |
| **10** | | **California interest.** Enter the amount from Form 568, Schedule K, line 5 | 10 | |
| **11** | | **California dividends.** Enter the amount from Form 568, Schedule K, line 6 | 11 | |
| **12** | | **California royalties.** Enter the amount from Form 568, Schedule K, line 7 | 12 | |
| **13** | | **California capital gains.** Enter the capital gains (not losses) included in the amounts from Form 568, Sch. K, lines 8 and 9 | 13 | |
| **14** | | **California 1231 gains.** Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a | 14 | |
| **15** | | **Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a | 15 | |
| **16** | | **Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b | 16 | |
| **17** | | **Total California income.** Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, line 1. If less than zero enter -0- | 17 | 227,500 |

CA 568                AMOUNT PAID WITH FORMS 3537, 3522, 3536         STATEMENT    1

DESCRIPTION                                                            AMOUNT

AMOUNT PAID WITH FORM 3537                                                     0.
AMOUNT PAID WITH FORM 3522                                                   800.
AMOUNT PAID WITH FORM 3536                                                     0.

TOTAL TO FORM 568, LINE 8                                                    800.

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| | **ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11** |
| | *[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
| Debtor(s). | |

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a. Total assets                                                                $_____
   b. Total debts (including debts listed in 2.c., below)          $_____
   c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

*December 2015*                                                                                                **Official Form 201A**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

☐ *Attorney for:*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

In re:



Debtor(s).

Plaintiff(s),

Defendant(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER:

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO  FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  05/28/2024                                By:  _____
                                                       Signature of Debtor, or attorney for Debtor

                                                 Name:  1629 Reeves, LLC
                                                        Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                          **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    In re 1629 Reeves, LLC, Case No. 2:21-bk- 15810-NB, Hon. Neal W. Bason, Chapter 11, Case dismissed on debtor's motion

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles _____ , California

Date:  05/28/2024 _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          F 1015-2.1.STMT.RELATED.CASES

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known):    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                  12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $ _____

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................    $ _____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................    $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................    **+** $ _____

4. **Total liabilities**.........................................................................................................................    $ _____
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known):    _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**                                                                                   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                                $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor _____   Case number *(if known)*_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔   $_____
                                    face amount              doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                                    face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____    Case number (if known)_____
Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor _____    Case number (if known)_____
         Name

33. **Total of Part 6.**                                                                    $_____
   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                    $_____
   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor _____    Case number *(if known)*_____
　　　　　Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor _____    Case number (if known)_____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____    Case number *(if known)* _____
         Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|--|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡  $_____
                                      Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____                        $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____                        $_____

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                        $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor _____    Case number (if known)_____
         Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................ ➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $_____ | **+** 91b. $_____ |
| | | |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................... | | $_____ |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name<br>_____ | Describe debtor's property that is subject to a lien<br>_____<br>_____ | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**2.2**

| Creditor's name<br>_____ | Describe debtor's property that is subject to a lien<br>$_____<br>_____ | | |
|---|---|---|---|

_ Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

Debtor _____
        Name                                                    Case number (if known) _____

| Part 1: | Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

    _____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**  Creditor's name

    _____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor _____    Case number *(if known)*_____
　　　　　Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | | |
| --- | --- | --- |
| | Name | |
| | | Case number *(if known)* _____ |

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____    Case number _(if known)_ _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b.  **+** | $_____ |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____ |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____  Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | _____ <br> _____ <br> _____ <br> _____ |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | _____ <br> _____ <br> _____ <br> _____ |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                                                          (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __1629 Reeves, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Disclosure of Compensation Of Attorney for Debtor(s)__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/28/2024__         ✗ _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Aaron Robert Sokol
Printed name

Managing Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor _____    Case number *(if known)*_____
             Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | $_____ | ❏ Secured debt ❏ Unsecured loan repayments ❏ Suppliers or vendors ❏ Services ❏ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | $_____ | ❏ Secured debt ❏ Unsecured loan repayments ❏ Suppliers or vendors ❏ Services ❏ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | $_____ | _____ _____ _____ |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | $_____ | _____ _____ _____ |
| | **Relationship to debtor** _____ | | | |

Debtor _____    Case number (if known)_____
　　　　　Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City　　　　State　　ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City　　　　State　　ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City　　　　State　　ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:　Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City　　　State　　　ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City　　　State　　　ZIP Code | |

Debtor _____   Case number (if known)_____
            Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| _____ | | Name |
| City        State       ZIP Code | **Case number** | Street |
| | _____ | City        State       ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor _____    Case number *(if known)*_____
          Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor _____   Case number *(if known)*_____
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____   _____   _____   $_____

      **Address**   _____

      _____
      Street

      _____
      City      State    ZIP Code

      **Relationship to debtor**

      _____

      **Who received transfer?**   _____   _____   $_____

13.2. _____   _____

      **Address**

      _____
      Street

      _____
      City      State    ZIP Code

      **Relationship to debtor**

      _____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____   From _____   To _____
      Street

      _____
      City      State    ZIP Code

14.2. _____   From _____   To _____
      Street

      _____
      City      State    ZIP Code

Debtor _____     Case number *(if known)*_____
       Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | <br><br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | <br><br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

Debtor _____     Case number (if known)_____
        Name

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

#### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| **18.2.** <br> Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

#### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

#### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

Debtor _____     Case number (if known)_____
             Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor _____     Case number *(if known)*_____
      Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |

Debtor _____    Case number *(if known)*_____
Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | _____<br>_____<br>_____ |

Debtor _____    Case number *(if known)* _____
　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____    _____
　　　Name

_____    _____
Street

_____    _____
City　　　　　　　　　　State　　　ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. _____
　　　Name

_____
Street

_____
City　　　　　　　　　　State　　　ZIP Code

| Name and address |
|---|

26d.2. _____
　　　Name

_____
Street

_____
City　　　　　　　　　　State　　　ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
　　　Name

_____
Street

_____
City　　　　　　　　　　State　　　ZIP Code

Debtor _____      Case number *(if known)*_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
      Name
      _____
      Street
      _____
      City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br>_____<br>Street<br>_____<br>City              State        ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br><br><br><br>_____<br><br>_____<br><br>_____ | _____<br><br><br>_____<br><br>_____<br><br>_____ | _____ |

Debtor     1629 Reeves, LLC _____    Case number (*if known*)_____
     Name

**Name and address of recipient**

30.2

Name

Street

City                          State          ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
❑ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

_____        EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
❑ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the pension fund**

_____        EIN: __ __ – __ __ __ __ __ __ __

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     05/28/2024
         MM / DD / YYYY

✗ _____    Printed name  Aaron Robert Sokol
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
❑ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _____

**In re** _____

Case No. _____

**Debtor**

Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____

*Date*                   _____

                              *Signature of Attorney*

                              _____

                              *Name of law firm*

</div>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>John P. Kreis (103737)<br>JOHN P. KREIS, PC<br>863 S. rimpau Blvd.<br>Los Angeles, CA 90005 | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>1629 REEVES, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 05/30/2024

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

1629 Reeves Street
Los Angeles, CA 90035

Claudine Sokol
2257 Hillsboro Ave.
Los Angeles, CA 90034

JMAC Lending
16782 Von Karmen Ave. # 12
Irvine, CA 92606

Franchise Tax Board Bankruptcy Unit
MSA – 340
PO Box 2952
Sacramento, CA 95812 – 2952

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101 – 7346

Lawrence Feigen
703 Park Lane
Cedarhurst, NY 11516

Logan Investments
5000 N. Parkway Calabasas, Suite 200
Calabasas, CA 91302

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054 – 0110

State Board of Equalization
Account Information Group
MIC 29
PO Box 842879
Sacramento, CA 94279 – 0029

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:
1629 REEVES, LLC

Debtor(s).

CASE NUMBER:

**DEBTOR'S REQUEST TO ACTIVATE
ELECTRONIC NOTICING (DeBN)**

Debtor Electronic Bankruptcy Noticing (DeBN) is a voluntary program that enables a debtor to receive by email the orders and court-generated notices normally sent by U.S. mail to a mailing address. **A debtor must complete and file this form with the court to activate a DeBN account. Joint debtors must each complete and file a separate form.**

| ACTIVATION REQUEST |
|---|
| ☒ Pursuant to Federal Rule of Bankruptcy Procedure 9036, I request that the court deliver orders and court-generated notices to my email address rather than by U.S. mail to my mailing address. |

| DEBTOR'S NAME AND EMAIL ADDRESS |
|---|

**My name is:** Aaron Robert Sokol

**My email address is:**
(*CAPITAL letters only*)

`A A R O N S O K O L @ G M A I L . C O M`

**Confirm email address:**
(*CAPITAL letters only*)

`A A R O N S O K O L @ G M A I L . C O M`

*Select one:*

☐ I am the Debtor in this bankruptcy case.

☒ The Debtor in this bankruptcy case is a corporation, partnership, or other legal entity, and I am the authorized representative.

| DEBTOR'S SIGNATURE |
|---|

1. I understand that **my request is limited** to the email delivery of only orders and court-generated notices that are filed by the U.S. Bankruptcy Court. Documents filed by a bankruptcy trustee, creditors, and other parties that require service upon me must continue to be served by U.S. mail or in person as required by court rules.

2. I understand that by requesting email notification, the court may establish my DeBN account and deliver to me, by email, documents filed by the court **in any current or future case** from any bankruptcy court in which I am listed with the same name and mailing address, including cases in which I am a creditor, plaintiff or defendant.

3. I understand that I will be assigned a DeBN account number and **my DeBN account will be activated** after I complete, sign, and file this "*Debtor's Request to Activate Electronic Noticing (DeBN)*" form.

4. I understand that emails sent by the court's noticing center may arrive in my email spam folder and I should regularly check it for electronic delivery of my orders and court-generated notices. I understand further that my DeBN account will be deactivated by the court if an email is returned undelivered or "bounces back," and the court **will instead serve orders and court-generated notices delivered by U.S. mail to my mailing address.**

*I have read and understand the requirements set forth above and I agree to the terms and conditions of the Debtor Electronic Bankruptcy Noticing (DeBN) program. **I request delivery of orders and court-generated notices to my email address indicated above rather than to my mailing address.***

Date: 05/28/2024          Signature:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2018*                                                          **F 9036-1.1.DeBN.ACTIVATE**